IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

DANIEL RAMIREZ and
JASON SIMPSON,

    Plaintiffs,

v.                                     C.A. NO.: 6:10-cv-00079

OIL PATCH RENTAL SERVICE, INC.
and JIM ELZNER,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, DANIEL RAMIREZ and JASON SIMPSON, by and through their undersigned attorney, give notice of settlement of the aforementioned case.

Dated this 29th day of May, 2012.

                Respectfully submitted,

                ROSS LAW P.C.
                1104 San Antonio Street
                Austin, Texas 78701
                (512) 474-7677 Telephone
                (512) 474-5306 Facsimile

                /s/ Charles L. Scalise
                Charles L. Scalise
                ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 29th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification to the following:

William L. Sciba, III
Robert C. McKay
Cole, Cole & Easley, P.C.
302 West Forrest Street
Victoria, Texas 77901

                                             */s/Charles L. Scalise*
                                             Attorney for Plaintiff