IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

DANIEL RAMIREZ and
JASON SIMPSON,

    Plaintiffs,

v.                                                C.A. NO.: 6:10-cv-00079

OIL PATCH RENTAL SERVICE, INC.
and JIM ELZNER,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants by and through their undersigned counsel, hereby stipulate and agree to dismiss with prejudice this action. The parties also hereby agree and stipulate that each party shall be solely responsible for their own attorney's fees and costs.

Respectfully submitted this 30th day of June, 2012.


| | |
|---|---|
| /s/ Charles L. Scalise_____ | /s/ William L. Sciba, III__ |
| Charles L. Scalise | William L. Sciba III |
| Ross Law Group | Cole, Cole & Easley, P.C. |
| 1104 San Antonio Street | 302 West Forrest Street |
| Austin, Texas 78701 | Victoria, Texas 77901 |
| Telephone: (512) 474-7677 | Telephone: (361) 575-0551 |
| Facsimile: (512) 474-5306 | Facsimile: (361) 575-0986 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

DANIEL RAMIREZ and
JASON SIMPSON,

    Plaintiffs,

v.                                                       C.A. NO.: 6:10-cv-00079

OIL PATCH RENTAL SERVICE, INC.
and JIM ELZNER,

    Defendants.
_____/

## ORDER OF DISMISSAL

On this day, the Court considered the Parties Stipulation of Dismissal without Prejudice. Having considered the pleading, the above-styled and numbered cause is hereby ORDERED DISMISSED WITH PREJUDICE.

SIGNED this ___ day of _____, 2012.

_____
HONORABLE JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE