IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

DANIEL RAMIREZ and
JASON SIMPSON,

    Plaintiffs,

v.                                            C.A. NO.: 6:10-cv-00079

OIL PATCH RENTAL SERVICE, INC.
and JIM ELZNER,

    Defendants.
_____/

## ORDER OF DISMISSAL

On this day, the Court considered the Parties Stipulation of Dismissal without Prejudice. Having considered the pleading, the above-styled and numbered cause is hereby ORDERED DISMISSED WITH PREJUDICE.

SIGNED this 2nd day of July, 2012.

HONORABLE JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE